CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 21 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WAKEEL ABDUL-SABUR,
    Petitioner,

v.

HAROLD CLARKE,
    Respondent.

Civil Action No. 7:14-cv-00147

**ORDER**

By:  Hon. James C. Turk
      Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This _18th_ day of April, 2014.

                                                Senior United States District Judge